■ CARMELA BLASIE, as Executrix of ILSE S. KOLB, Deceased, Appellant, v COUNTY OF WESTCHESTER et al., Respondents.—In a negligence action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Westchester County (Donovan, J.), dated April 11, 1988, which, after a preliminary conference, set forth a schedule for pretrial disclosure.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal as of right lies from an order which does not decide a motion made upon notice *(see,* CPLR 5701; *Nicolini v Carvel Corp.,* 142 AD2d 633; *Cohalan v Johnson Elec. Constr. Corp.,* 105 AD2d 770; *Everitt v Health Maintenance Center,* 86 AD2d 224). Sullivan, J. P., Eiber, Harwood and Balletta, JJ., concur.